726 A.2d 1041

COMMONWEALTH of Pennsylvania, Respondent,

v.

Michael GLASS, Petitioner.

Supreme Court of Pennsylvania.

March 23, 1999.

## *ORDER*

PER CURIAM:

AND NOW, this 23 rd day of March 1999, the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether anticipatory search warrants are categorically proscribed by Article One, Section Eight of the Pennsylvania Constitution.